BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
MIRELLE N. RAZA (Cal. Bar No. 340055)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6058
    Facsimile: (213) 894-0141
    Email:   mirelle.raza@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-00552 |
|---|---|
| Plaintiff, | **(AMENDED) MOTION FOR DISMISSAL OF INDICTMENT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |
| v. | |
| EDWARDO LORENZO CARMONA, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and Assistant United States Attorney Mirelle Raza, hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the Indictment (Dkt. 1) in the above-referenced case, filed on August 17, 2016, without prejudice.

//

//

1

Accordingly, the government requests that any future court dates and any future deadlines be vacated.  The government further requests that any bond posted be exonerated.

Dated: April 4, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*/s/*
MIRELLE RAZA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA